# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>JASPER DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **KONIE MINGA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE
## 18 U.S.C. § 4
## (Misprision of Felony)

From on or about June 27, 2018 to on or about October 10, 2019, in the Northern District of Alabama, and elsewhere, the defendant,

**KONIE MINGA**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, heath care fraud and conspiracy to commit health care fraud, did conceal the same by delegating signatory authority to unwitting employees so that she did not have to verify that P.M. was excluded from Medicare, despite her knowledge that P.M. was excluded from Medicare and not permitted to be associated with any pharmacy that submits claims to Medicare, and did not as soon as possible

1

make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

                                                    PRIM F. ESCALONA
                                                  United States Attorney

*/s/ Electronic Signature*
LLOYD C. PEEPLES, III
Assistant United States Attorney

*/s/ Electronic Signature*
RYAN S. RUMMAGE
Assistant United States Attorney